# UNITED STATES BANKRUPTCY COURT
## Central District of California

| Debtor(s) Name: | For Court Use Only | FILED |
|---|---|---|
| **Plaintiff**<br>KAREN SUE NAYLOR CHAPTER 7 TRUSTEE | | JUN 27 2005<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY  KEN  DEPUTY CLERK |
| **Defendant**<br>ADVANTA BANK CORP | | |
| **Chapter:** 7<br>**Case Number:** SA02-16099-RA<br>**Adversary Number:** SA05-01021-RA | **ORDER CLOSING ADVERSARY PROCEEDING** | |

The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.

*By Order of the United States Bankruptcy Court*

**Date:** 06/27/2005

**Jon D. Ceretto**
**Clerk of Court**

*10 /KEN*